UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

United States of America,  )   Case No. CR 17-230 WHA-1
                           )
           Plaintiff,      )   STIPULATED ORDER EXCLUDING TIME
       v.                  )   UNDER THE SPEEDY TRIAL ACT
                           )   **FILED**
Reginel Booker             )
                           )   MAY 05 2017
           Defendant.      )
                               SUSAN Y. SOONG
                               CLERK U.S. DISTRICT COURT
                               NORTHERN DISTRICT OF CALIFORNIA

For the reasons stated by the parties on the record on __May 5__, 2017, the Court excludes time under the Speedy Trial Act from __May 5__, 2017 to ~~June~~ __May 23__, 2017 and finds that the ends of justice served by the continuance outweigh the best interest of the public and the defendant in a speedy trial. *See* 18 U.S.C. § 3161(h)(7)(A). The Court makes this finding and bases this continuance on the following factor(s):

____  Failure to grant a continuance would be likely to result in a miscarriage of justice.
      *See* 18 U.S.C. § 3161(h)(7)(B)(i).

____  The case is so unusual or so complex, due to *[check applicable reasons]* ____ the number of defendants, ____ the nature of the prosecution, or ____ the existence of novel questions of fact or law, that it is unreasonable to expect adequate preparation for pretrial proceedings or the trial itself within the time limits established by this section. *See* 18 U.S.C. § 3161(h)(7)(B)(ii).

____  Failure to grant a continuance would deny the defendant reasonable time to obtain counsel, taking into account the exercise of due diligence. *See* 18 U.S.C. § 3161(h)(7)(B)(iv).

____  Failure to grant a continuance would unreasonably deny the defendant continuity of counsel, given counsel's other scheduled case commitments, taking into account the exercise of due diligence. *See* 18 U.S.C. § 3161(h)(7)(B)(iv).

__X__ Failure to grant a continuance would unreasonably deny the defendant the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. *See* 18 U.S.C. § 3161(h)(7)(B)(iv).

**IT IS SO ORDERED.**

DATED: __5/5/17__

JOSEPH C. SPERO
Chief Magistrate Judge

STIPULATED: _____          _____
            Attorney for Defendant           Assistant United States Attorney