1  BRIAN J. STRETCH (CABN 163973)
   United States Attorney
2
   BARBARA J. VALLIERE (DCBN 439353)
3  Chief, Criminal Division

4  SHAILIKA S. KOTIYA (CABN 308758)
   Assistant United States Attorney
5
        450 Golden Gate Avenue, Box 36055
6       San Francisco, California 94102-3495
        Telephone: (415) 436-7443
7       FAX: (415) 436-7027
        Shailika.shah@usdoj.gov
8
   Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. CR 17-00230 WHA |
| Plaintiff, | |
| v. | **STIPULATION AND [PROPOSED] ORDER TO EXCLUDE TIME UNDER THE SPEEDY TRIAL ACT FROM JUNE 20, 2017, TO JULY 11, 2017** |
| REGINALD LEE BOOKER, JR., a/k/a REGINALD LEE BROWN, | |
| Defendant. | |

1   On June 20, 2017, undersigned counsel and the defendant appeared before the Court for a
2   scheduled status conference.  At the parties' request, the Court scheduled a potential change of plea for
3   July 11, 2017 at 2:00 PM.  The parties agree and jointly request that the time between June 20, 2017,
4   and July 11, 2017, should be excluded in order to provide reasonable time necessary for the effective
5   preparation of counsel, pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv).  The parties agree that the ends of
6   justice served by granting the continuance outweigh the best interests of the public and the defendant in
7   a speedy trial.
8       SO STIPULATED:
9                                           BRIAN J. STRETCH
                                            United States Attorney
10
11  DATED: June 21, 2017                    _____/s/_____
                                            SHAILIKA S. KOTIYA
12                                          Assistant United States Attorney
13
    DATED: June 21, 2017                    _____/s/_____
14                                          GALIA AMRAM
15                                          Attorney for the Defendant

STIPULATION AND ~~PROPOSED~~ ORDER
CASE NO. CR 17-00230 WHA

# [PROPOSED] ORDER

For the reasons stated above, the Court finds that the exclusion of time from June 20, 2017, through and including July 11, 2017, is warranted and that the ends of justice served by the continuance outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A). The failure to grant the requested continuance would deny effective preparation of counsel, and would result in a miscarriage of justice. 18 U.S.C. § 3161(h)(7)(B)(iv).

IT IS SO ORDERED.

DATED: June 22, 2017.

_____
HON. WILLIAM H. ALSUP
United States District Judge

STIPULATION AND ~~PROPOSED~~ ORDER
CASE NO. CR 17-00230 WHA