1  BRIAN J. STRETCH (CABN 163973)
   United States Attorney

2
   BARBARA J. VALLIERE (DCBN 439353)
3  Chief, Criminal Division

4  SHAILIKA S. KOTIYA (CABN 308758)
   Assistant United States Attorney

5
        450 Golden Gate Avenue, Box 36055
6       San Francisco, California 94102-3495
        Telephone: (415) 436-7443
7       FAX: (415) 436-7027
        shailika.kotiya@usdoj.gov

8
   Attorneys for United States of America

9
                    UNITED STATES DISTRICT COURT
10
                 NORTHERN DISTRICT OF CALIFORNIA
11
                      SAN FRANCISCO DIVISION
12

13  UNITED STATES OF AMERICA,              )  NO. CR 17-00230 WHA
                                           )
14         Plaintiff,                      )
                                           )
15     v.                                  )  **STIPULATION AND [PROPOSED] ORDER TO**
                                           )  **CONTINUE NEXT HEARING FROM JULY 11,**
16  REGINALD LEE BOOKER, JR.,              )  **2017, TO JULY 17, 2017, AND TO EXCLUDE**
    a/k/a REGINALD LEE BROWN,              )  **TIME UNDER THE SPEEDY TRIAL ACT**
17                                         )
           Defendant.                      )
18                                         )
                                           )
19

20

21

22

23

24

25

26

27

28

1      On June 20, 2017, undersigned counsel and the defendant appeared before the Court for a

2 scheduled status conference. At the parties' request, the Court scheduled a potential change of plea for

3 July 11, 2017 at 2:00 p.m. The parties are still finalizing a potential resolution of the charges and jointly

4 request that the July 11, 2017, hearing be continued to July 17, 2017 at 10:00 a.m. The parties agree and

5 jointly request that the time between July 11, 2017, and July 17, 2017, be excluded in order to provide

6 reasonable time necessary for the effective preparation of counsel, pursuant to 18 U.S.C.

7 § 3161(h)(7)(B)(iv). The parties agree that the ends of justice served by granting the continuance

8 outweigh the best interests of the public and the defendant in a speedy trial.

9      SO STIPULATED:

10                                    BRIAN J. STRETCH
                                   United States Attorney

11

12 DATED: July 10, 2017                            _____/s/_____

13                                    SHAILIKA S. KOTIYA
                                   Assistant United States Attorney

14

15 DATED: July 10, 2017                            _____/s/_____

16                                    GALIA AMRAM
                                   Attorney for the Defendant

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION AND ~~PROPOSED~~ ORDER
CASE NO. CR 17-00230 WHA

**[PROPOSED]** **ORDER**

For good cause shown, the Court hereby orders that the next hearing in this matter, for change of plea, which is currently scheduled for July 11, 2017 at 2:00 p.m., be continued to July 17, 2017, at 10:00 a.m. Additionally, for the reasons stated above, the Court finds that the exclusion of time from July 11, 2017, through and including July 17, 2017, is warranted and that the ends of justice served by the continuance outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A). The failure to grant the requested continuance would deny effective preparation of counsel, and would result in a miscarriage of justice. 18 U.S.C. § 3161(h)(7)(B)(iv).

IT IS SO ORDERED.

DATED: _July 11, 2017._ _____

HON. WILLIAM H. ALSUP
United States District Judge

STIPULATION AND PROPOSED ORDER
CASE NO. CR 17-00230 WHA